**IT IS ORDERED as set forth below:**

**Date: June 11, 2010**

_____
**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) |
| CHERYLANN S. MCGIRT, | ) CASE NO.  10-70615-CRM |
| JEFFREY MCGIRT, | ) |
| | ) |
| Debtors. | ) |
| - - - - - - - - - - - - - - - - - - - - - - | ) - - - - - - - - - - - - - - - - - |
| U.S. BANK, N.A., | ) |
| | ) |
| | ) |
| Movant, | ) **CONTESTED MATTER** |
| vs. | ) |
| CHERYLANN S. MCGIRT, Debtor, | ) |
| JEFFREY MCGIRT, Debtor, | ) |
| NEIL C. GORDON, Trustee, | ) |
| | ) |
| Respondents. | ) |

**ORDER MODIFYING AUTOMATIC STAY**

A hearing on the above-styled Motion for Relief from Automatic Stay filed May 20,

2010 by U.S. Bank, N.A.,

for itself and its successors or assigns came before this Court on notice June 10, 2010.  Relief is sought as to the real property now or formerly known as 287 Da Vinci Blvd, Decatur, DeKalb County, Georgia, as more particularly described on Exhibit "A" attached to the Motion for Relief from Automatic Stay.  Neither Debtors nor Trustee oppose the relief sought.  Movant alleges the Motion was properly served and the hearing noticed.  Accordingly, it is hereby

ORDERED that the Motion is GRANTED as follows: the automatic stay of 11 U.S.C. §362 is modified to allow Movant proceed with its state law remedies and to proceed to obtain possession of and foreclose or otherwise dispose of the Property, including sending notices and statements that may be required by state law to be sent; or, in the alternative, Movant at its option be permitted to contact the Debtors via telephone or written correspondence to offer, provide or enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement including a deed in lieu as allowed by state law. Movant shall promptly remit to the Chapter 7 Trustee, Neil C. Gordon, all such proceeds as exceed the lawful debt owed to Movant by Debtors. The 14 day Stay pursuant to Bankruptcy Rule 4001(a)(3) is waived.

**END OF ORDER**

Prepared and Submitted by:
   /s/  Sidney Gelernter
Sidney Gelernter
Attorney for Movant
GA. State Bar No. 289145
McCurdy & Candler, L.L.C.
3525 Piedmont Road, NE
Building 6, Suite 700
Atlanta, GA  30305
(404) 373-1612 Telephone
(404) 370-7237 Facsimile
sgelernter@mccurdycandler.com

*M&C File No.10-10476*

DISTRIBUTION LIST

Cherylann S. McGirt
Jeffrey McGirt
208 Shadowmoor Drive
Decatur, GA 30030

Stephen M. Gibbs
1000 Commerce Drive
Deactur, GA 30030

Neil C. Gordon
Chapter 7 Trustee
Arnall, Golden, & Gregory, LLP
171 17th Street, NW
Suite 2100
Atlanta, GA 30363

Sidney Gelernter
McCurdy & Candler, LLC
3525 Piedmont Road, NE
Building 6, Suite 700
Atlanta, GA  30305